**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joe HILLS, Jr., Defendant–Appellant.**

**No. 07–13394
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2008.

Joe Hills, Jr., Edgefield, SC, pro se.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

---

234

Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Michael N. Loebl, counsel for Joe Hills, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hills's conviction and sentence are **AFFIRMED.**